**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 03-61599 |
| | : | |
| Steven B. Colvard | : | S.S. No. xxx-xx-7361 |
| Penny M. Colvard | : | S.S. No. xxx-xx-5456 |
| | : | |
| Debtors | : | Chapter 7 Judge Preston |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF COURT:

      The attached check in the amount of $435.87 and $32.15 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Jenny Colvard<br>c/o Franklin County CSEA<br>80 East Fulton Street<br>Columbus, Ohio 43215 | 1 | $435.87 |
| Citibank (South Dakota) NA<br>Assoc./ BP Amoco<br>Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | 5 | $32.15 |

Dated: November 16, 2009                          /s/ Sara J. Daneman
                                                              Sara J. Daneman (0008254)
                                                              62 Mill Street
                                                              Gahanna, Ohio 43230
                                                              (614) 337-0960
                                                              Trustee

cc:  U.S. Trustee